No. 758. LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO., *v.* SWITZER BROTHERS, INC., ET AL.; and

No. 759. SWITZER BROTHERS, INC., ET AL. *v.* LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO. C. A. 7th Cir. Certiorari denied. *Carl Hoppe* for Locklin et al. *M. Hudson Rathburn* for Switzer Brothers, Inc., et al. Reported below: 297 F. 2d 39.

No. 760. VILLAGE OF MAYWOOD *v.* ILLINOIS COMMERCE COMMISSION ET AL. Supreme Court of Illinois. Certiorari denied. *F. Joseph Donohue* for petitioner. *William G. Clark,* Attorney General of Illinois, *Edward V. Hanrahan,* Assistant Attorney General, and *Justin A. Stanley* for respondents.

No. 768. LOCAL UNION 760, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, *v.* PRESLEY ET AL. C. A. 6th Cir. Certiorari denied. *Joe Van Derveer* for petitioner. *E. H. Rayson* and *R. R. Kramer* for respondents.

No. 770. ADELMAN *v.* PARAMOUNT PICTURES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Thomas C. McConnell* for petitioner. *William R. Brown* and *Joseph Irion Worsham* for respondents.

No. 774. HARRIS STRUCTURAL STEEL CO., INC., *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, LOCAL 3682, ET AL. C. A. 3d Cir. Certiorari denied. *William W. Lanigan* and *M. Harvey Smedley* for petitioner. *David E. Feller, Elliott Bredhoff, Jerry D. Anker, Samuel L. Rothbard* and *Abraham L. Friedman* for respondents.